# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Earnestine Metcalf,

                Plaintiff,      Case No. 16-cv-12979

v.                           Judith E. Levy
                              United States District Judge

Selene Finance, LP,

                              Mag. Judge Stephanie Dawkins
                Defendant.   Davis

_____/

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff, Earnestine Metcalf, and Defendant, Selene Finance LP (collectively "the Parties"), by counsel, hereby stipulate that the matters at issue between them in the above-captioned matter have been compromised, agreed, and settled; and

IT IS HEREBY STIPULATED by and between the Parties that the above-captioned action shall be DISMISSED by the Court WITH PREJUDICE pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorney fees, except as otherwise provided by settlement.

IT IS SO ORDERED.

Dated: November 7, 2016                    s/Judith E. Levy
Ann Arbor, Michigan                        JUDITH E. LEVY
                                           United States District Judge

Stipulated by:

SELENE FINANCE, L.P.

By: /s/ Jason E. Manning
Jason E. Manning, Esq.
John C. Lynch, Esq.
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Phone: (757) 687-7529
Fax: (757) 687-7510
E-mail: jason.manning@troutmansanders.com
Email: john.lynch@troutmansanders.com

Richard Ambrow (Bar No. P63301)
TROUTMAN SANDERS LLP
401 9th Street, N.W.
Washington, DC  20004
Telephone:  (202) 274-2950
Facsimile:  (202) 274-2994
E-mail: richard.ambrow@troutmansanders.com

*Counsel for Defendant*

EARNESTINE METCALF

By: /s/ Brian P. Parker
Brian P. Parker
2000 Town Center, Suite 1900
Southfield, MI 48075
Tel.: (248) 342-9583
Facsimile: (248) 659-1733
E-mail: brianparker@collectionstopper.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 7, 2016.

                                            s/Felicia M. Moses
                                            FELICIA M. MOSES
                                            Case Manager